1                                                                               **JS-6**

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                          **CENTRAL DISTRICT OF CALIFORNIA**

11   SHAMBALLA JEWELS ApS,                    )        CASE NO. CV10-07568-AHM (MANx)
                                              )
12            Plaintiff(s),                   )        ORDER DISMISSING CIVIL ACTION
                                              )        BY VIRTUE OF SETTLEMENT
13       v.                                   )
                                              )
14   NIALAYA JEWELRY, INC., et al.,           )
                                              )
15            Defendant(s).                   )
                                              )
16                                            )
     _____)

17

18           The Court having been advised by the parties that the above-entitled action

19   has been settled;

20           IT IS THEREFORE ORDERED that this action is dismissed without

21   prejudice to the right, upon good cause shown within 30 days, to request a status

22   conference be scheduled if settlement is not consummated.

23

24           IT IS SO ORDERED.

25   Date: July 18, 2011                      _____
                                              A. Howard Matz
26                                            United States District Court Judge

27   **JS-6**

28